IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| MARISA ELSKAMP, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 09-4894 |
| | : | |
| PENN-DELCO SCHOOL DISTRICT *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

**AND NOW**, this 18th day of May, 2011, upon careful consideration of the motions for summary judgment filed by the Penn-Delco School District, Deborah Albence, and Al Groer (collectively, the "Penn-Delco defendants") (document no. 50) and by the Rose Tree Media School District, Nancy Mackrides, Linda Fox, Veronica Barbato, Jeffery Pittit, William Montgomery, Ron Baldino, William O'Donnell, Anne Callahan, and Bonnie Kinsler (collectively, the "Rose Tree defendants") (document no. 48), plaintiff Marisa Elskamp's opposition thereto, and the Rose Tree defendants' reply, **IT IS HEREBY ORDERED** that the motions are **GRANTED** and judgment is **ENTERED** in favor of the Penn-Delco defendants and the Rose Tree defendants. The clerk shall **CLOSE** this case for statistical purposes.

                                                                /s/William H. Yohn Jr., Judge
                                                                  William H. Yohn Jr., Judge